**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-01367-RM-KMT

STACY PHILLIPS,

    Plaintiff,

v.

CLAYTON PROPERTIES GROUP II,
FKA OAKWOOD HOMES, LLC,

    Defendant.

___

# **ORDER**
___

    This matter is before the Court *sua sponte* upon consideration of the document filed by Plaintiff on September 7, 2018 (ECF No. 22) which appears to be Plaintiff's amended complaint. Plaintiff appears *pro se* but is reminded that she must nonetheless comply with the applicable rules, including the Federal Rules of Civil Procedure. *See Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994) (Pro se parties must "follow the same rules of procedure that govern other litigants." (citation and quotation marks omitted)). Accordingly, every paper filed with the court (which includes a complaint) must have a caption with the court's name, a title, and a case number, as shown above. *See* Fed. R. Civ. P. 10(a).[1] However, the Court will accept the document, construed as an amended complaint, in this instance but warns Plaintiff that future noncompliant filings may be summarily stricken.

---

[1] In addition, a party is who is amending her complaint is required to provide a copy of the amended complaint "which strikes through (e.g., ~~strikes through~~) the text to be deleted and underlines (e.g., <u>underlines</u>) the text to be added." D.C.COLO.LCivR 15.1(a).

The Court has granted Plaintiff's Motion for Appointment of Counsel, but Plaintiff is again advised there is no guarantee that a Panel member will undertake representation in this case. Accordingly, Plaintiff is reminded that she is responsible for all matters, including hearings, depositions, motions and trial.

DATED this 10th day of September, 2018.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge